PD-0975-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 7/29/2015 9:57:51 AM
Accepted 7/29/2015 11:54:14 AM
ABEL ACOSTA
CLERK

No. _____

IN THE COURT OF CRIMINAL APPEALS
TEXAS

| | | |
|---|---|---|
| CRAIG ANTHONY GILDER | § | |
| | § | |
| vs. | § | Case No. 14-14-00523-CR |
| | § | |
| THE STATE OF TEXAS | § | |

**MOTION TO EXTEND TIME TO FILE PDR**

TO THE HONORABLE JUSTICES OF THIS COURT:

Appellant Craig Anthony Gilder, through counsel, moves the Court to extend time to file his petition for discretionary review until and including August 26, 2015 and shows:

1.      In cause number 14-14-00523-CR, the First Court of Appeals affirmed Mr. Gilder's conviction on June 26, 2015. The 30-day deadline for filing the petition was July 26, 2015. Rule 68.2(c) of the Texas Rules of Appellate Procedure provides that the Court may extend the time to file the petition if a motion to extend is filed no later than 15 days after the last day for filing the petition.

2.      Mr. Gilder has made no previous request for an extension.

In view of the foregoing, Mr. Gilder asks the Court to extend the time to file his brief for 30 days, or up to and including August 26, 2015. This request is made in the interest of justice and effective assistance of counsel and not for purposes of delay.

Respectfully submitted,

FILED IN
COURT OF CRIMINAL APPEALS

July 29, 2015

ABEL ACOSTA, CLERK

**ALEXANDER BUNIN**
Chief, Harris County Public Defender's Office

/s/

_____

MELISSA MARTIN
Assistant Public Defender
TX. Bar No. 24002532
1201 Franklin St., 13th Fl.
Houston, TX 77002
email: melissa.martin@pdo.hctx.net
713/274-6709 Fax 713/437-4319

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing motion was electronically served on the Harris County District Attorney's office on December 4, 2014.


/s/

_____
Melissa Martin